UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUSTINE SAFFORD,
o/b/o L.S., A MINOR
                Plaintiff,

                                            Civil Action
     v.                                 1:25-cv-06269-JAM

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------X

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action to complete the administrative record, further evaluate the medical evidence, and issue a new decision. The parties further agree that the Appeals Council will issue its remand order within 30 days of the court's judgment.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

| | |
|---|---|
| */s/ James M. Baker* | JOSEPH NOCELLA, JR. |
| James M. Baker | United States Attorney |
| 325 Broadway | Eastern District of New York |
| Suite 203 | *Attorney for Defendant* |
| New York, NY 10007 | */s/ Geoffrey M. Peters* |
| 212-979-0505 | Geoffrey M. Peters |
| Fax: 212-979-8778 | Special Assistant United States Attorney |
| Email: jbaker623@aol.com | Social Security Administration |
| *Attorney for Plaintiff* | (212) 264-1298 |
| | Geoffrey.Peters@ssa.gov |

**SO ORDERED:**

*Joseph A. Marutollo*
**HON. JOSEPH A. MARUTOLLO**
**UNITED STATES MAGISTRATE JUDGE**